ACCEPTED
15-25-00078-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/14/2025 3:30 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

5/14/2025 3:30:47 PM

CHRISTOPHER A. PRINE
Clerk

# SHARPE LAW, PC

MATTHEW D. SHARPE
416 Tarrow Street
College Station, TX 77840
matt.sharpe@lonestarlawoffice.com
832-416-1133

May 14, 2025

15th Court of Appeals
*Via USPS*

Re:     *Court of Appeals Number: 15-25-00078-CV*
        *Trial Court Case Number: 21-000379-CV-272*

Dear Clerk,

Appellant is paying its filing fee of $205.00 with the efiling of this letter.

Appellant requests that this be considered timely as Appellant mailed a check for the fee in the amount of $205 to the 10th Court of Appeals prior to the receiving notice that the case was transferred (Court of Appeals Number: 10-25-00131-CV).

Please contact me with any questions.

Respectfully submitted,

*/s/ Matthew D. Sharpe*
Matthew D. Sharpe
Counsel for Appellants
Trident Homes, Inc. and Ryan Strickland

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Sharpe on behalf of Matthew  Sharpe
Bar No. 24067160
matt.sharpe@lonestarlawoffice.com
Envelope ID: 100839394
Filing Code Description: Copy of Notice of Appeal
Filing Description: Letter with filing fee
Status as of 5/14/2025 3:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Sean Hester | | shester@watsonlawyers.com | 5/14/2025 3:30:47 PM | NOT SENT |
| J. Davis Watson | | dwatson@watsonlawyers.com | 5/14/2025 3:30:47 PM | NOT SENT |
| Matthew D.Sharpe | | matt.sharpe@lonestarlawoffice.com | 5/14/2025 3:30:47 PM | NOT SENT |